JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LOOP, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPORTSMEN'S LODGE BANQUET, INC., et al.,<br><br>Defendants. | Case No. CV12-8045-SVW-MAN<br><br>**ORDER DISMISSING CASE** |

The Court, having considered the parties' Stipulation for Voluntary Dismissal submitted on November 29, 2012, DISMISSES THIS ACTION WITH PREJUDICE as to Plaintiff Jamie Loop's claims and WITHOUT PREJUDICE to the class.

Dated: November 30, 2012

_____
The Hon. Stephen V. Wilson
United States District Judge